```
                                                    F I L E D
                                              CLERK, U.S. DISTRICT COURT
                                                    2/1/2024
                                              CENTRAL DISTRICT OF CALIFORNIA
                                              BY:      DTA        DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 23-00082-VAP |
|---|---|
| Plaintiff, | VERDICT FORM FOR DEFENDANT KHALID ITUM |
| v. | |
| KHALID ITUM, | |
| Defendant. | |

1

As to the following counts charged against defendant KHALID ITUM:

### COUNT ONE

### [Wire Fraud]

We, the jury in the above-captioned case, unanimously find the defendant KHALID ITUM:

    __X__    GUILTY

    _____    NOT GUILTY

of Wire Fraud, as charged in Count One of the indictment, with respect to the wire transfer of $150,000 from a bank account at Citibank NA in New Jersey in the name of MoviePass Inc., to a checking account at JP Morgan Chase in California in the name of Kaleidoscope Productions, LLC, on or about February 26, 2018. *Continue to next page.*

## COUNT TWO

### [Wire Fraud]

We, the jury in the above-captioned case, unanimously find the defendant KHALID ITUM:

__X__   GUILTY

_____   NOT GUILTY

of Wire Fraud, as charged in Count Two of the indictment, with respect to the wire transfer of $350,000 from a bank account at Citibank NA in New Jersey in the name of Helios and Matheson Analytics (HMNY), to a checking account at JP Morgan Chase in California in the name of Kaleidoscope Productions, LLC, on or about March 30, 2018.

*Continue to next page.*

**COUNT THREE**

**[MONEY LAUNDERING]**

(*To the jury: skip this page if you find defendant NOT GUILTY of Count One.*)

We, the jury in the above-captioned case, unanimously find the defendant KHALID ITUM:

_____ GUILTY

__X__ NOT GUILTY

of Money Laundering as charged in Count Three of the indictment, with respect to the wire transfer of $150,000 from a checking account at JP Morgan Chase in California in the name of Kaleidoscope Productions to a TD Bank NA account in the name of B.D., ending in 1266, on or about February 27, 2018. *Continue to next page.*

**COUNT FOUR**

**[MONEY LAUNDERING]**

(To the jury: skip this page if you find defendant NOT GUILTY of Count Two.)

We, the jury in the above-captioned case, unanimously find the defendant KHALID ITUM:

_____   GUILTY

__X__   NOT GUILTY

of Money Laundering, as charged in Count Four of the indictment, with respect to the wire transfer of $110,000 from a checking account at JP Morgan Chase in California in the name of Kaleidoscope Productions to a Bank of America account in the name of Soleil Management LLC, ending in 9593, on or about April 20, 2018.

2/1/2024
DATED

FOREPERSON