FILED
CLERK, U.S. DISTRICT COURT

2/1/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: _____DTA_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. LA CR 23-00082-VAP-1 |
| Plaintiff, | LIST OF EXHIBITS AT TRIAL |
| v. | |
| KHALID ITUM, | |
| Defendant. | |

**UNITED STATES v. KHALID ITUM**

No. CR 23-00082-VAP

JOINT EXHIBIT LIST

| EXHIBIT | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 1 | Itum email to Morrison and Buttgenbach confirming authorization to use Buttgenbach's credit card was received (01/31/2017) Usao_Itum_00000703-00000705 | 1/30/2024 | 1/30/2024 |
| 2 | Credit Card Authorization Usao_Itum_00000723 | 1/30/2024 | 1/30/2024 |
| 3 | Settlement and Release Agreement (4/20/18) Usao_Itum_00000707-713 | 1/30/2024 | 1/30/2024 |
| 4 | Itum email to Morrison and Buttgenbach explaining why Buttgenbach's CC was overcharged (5/2/17) Usao_Itum_00000719-723 | 1/30/2024 | 1/30/2024 |
| 10 | DeBrino email to Itum providing wiring information (1/21/18) Usao_Itum_00000583-584 | 1/30/2024 | 1/30/2024 |
| 11 | Itum ghostwriting Farnsworth an email to send to DeBrino assuring him that he will be paid $150,000. (2/9/18) Usao_Itum_00000702 | 1/30/2024 | 1/30/2024 |
| 12 | Loan Guaranty Agreement (4/10/17) Usao_Itum_00000689-700 | 1/30/2024 | 1/30/2024 |
| 22 | Email to Itum and Roz from Blair with Settlement Agreement and Release attachment (4/20/18) Usao_Itum_00000706-713 | 1/30/2024 | 1/30/2024 |
| 23 | Email of Itum explaining why he needs a chargeback for Buttgenbach (4/13/18) Usao_Itum_00003713-3714 | 1/30/2024 | 1/30/2024 |

| 24 | Contract with Soleil and JJLA for 2018 Coachella (4/4/18) Usao_Itum_00003955-3959 | 1/30/2024 | 1/30/2024 |
|---|---|---|---|
| 25 | Internal email at Soleil confirming the 2017 Coachella event (1/16/17) Usao_Itum_00003500-3502 | 1/30/2024 | 1/30/2024 |
| 26 | Email with contract attachment for the 2017 Coachella event; shows the deal was with Kaleidoscope LLC and Buttgenbach credit card authorization form (02/07/2017) Usao_Itum_00003602-3609 | 1/30/2024 | 1/30/2024 |
| 27 | Soleil internal exchange confirming checks to Buttgenbach and Itum (4/23/18) Usao_Itum_00003721-3723 | 1/30/2024 | 1/30/2024 |
| 28 | Itum email confirming that he will send Soleil the wire (4/19/18) Usao_Itum_00003744-3746 | 1/30/2024 | 1/30/2024 |
| 29 | Attachment with Soleil Mgmt bank routing information Usao_Itum_00003755 | 1/30/2024 | 1/30/2024 |
| 30 | Itum email confirming wire was sent and agreement signed (4/20/18) Usao_Itum_00004297-4301 | 1/30/2024 | 1/30/2024 |
| 31 | Itum email regarding credit card authorization (03/30/2017) Usao_Itum_00006461) | 1/30/2024 | 1/30/2024 |
| 32 | Wells Fargo Check dated (4/23/18) Usao_Itum_00007126 | 1/30/2024 | 1/30/2024 |
| 40 | Consoletti email to Itum, Mona, and Kowalczyk with final Coachella reconciles (include 110k paid by KSCOPE) (4/27/18) Usao_Itum_00000596-605 | 1/30/2024 | 1/30/2024 |
| 41 | Consoletti email to Farnsworth, Osumi, Benson and cc to Itum, Kowalczyk re JJLA Final Event Reconciles-MoviePass April Events (4/27/18) Usao_Itum_00000639-654 | 1/30/2024 | 1/30/2024 |

3

| | | | |
|---|---|---|---|
| 42 | Consoletti email to Itum, Osumi, Farnsworth, Kowalczyk, and Benson regarding JJLA final bill (05/02/18) Usao_Itum_00000129-176 | 1/30/2024 | 1/30/2024 |
| 43 | Osumi email to Consoletti, Farnsworth, Kowalczyk, Kolesnyk, Benson, and Itum asking for clarification on JJLA bill (5/2/18) Usao_Itum_00000177-185 | 1/30/2024 | 1/30/2024 |
| 44 | Kolesnyk email to Osumi, Farnsworth, and Benson stating that the confusion is from paying Itum $350k which included $150k to pay JJLA and $200k to reimburse his own expenses (5/2/18) Usao_Itum_00000186-195 | 1/30/2024 | 1/30/2024 |
| 45 | Consoletti text messages to Itum (3/11/18-3/29/2018) DOJ-PROD7-0000383916-383918 | 1/30/2024 | 1/30/2024 |
| 46 | Consoletti text message (image of calculator) DOJ-PROD7-000384041 | 1/30/2024 | 1/30/2024 |
| 47 | Consoletti text messages to Itum (4/1/2018) DOJ-PROD7-0000383930-383939 | 1/30/2024 | 1/30/2024 |
| 48 | Consoletti text messages with Itum and Kowalczyk (3/30/2018-4/3/2018) DOJ-PROD7-0000384171-384178 | 1/30/2024 | 1/30/2024 |
| 49 | Consoletti text messages with Itum and Kowalczyk (4/4/2018) DOJ-PROD7-0000384179-384183 | 1/30/2024 | 1/30/2024 |
| 50 | Consoletti text messages with Itum and Kowalczyk (4/19/2018) DOJ-PROD7-0000384222 | 1/30/2024 | 1/30/2024 |
| 51 | Consoletti email to Kolesnyk, Benson, and Osumi, settling final invoices. (5/3/18) Usao_Itum_00000658-667 | 1/30/2024 | 1/30/2024 |
| 61 | Itum email to Farnsworth and Benson attaching two $75k invoices (2/20/18) Usao_Itum_00000622-626 | 1/30/2024 | 1/30/2024 |

| 62 | Itum email to Farnsworth and Benson with invoice for $350k that includes hotel buyout for Coachella (3/29/18) Usao_Itum_00000619-621 | 1/30/2024 | 1/30/2024 |
|---|---|---|---|
| 63 | Email chain in which Kowalczyk questions Coachella charges; include final JJ/LA invoice (5/2/18) Usao_Itum_00000627-654 | 1/30/2024 | 1/30/2024 |
| 64 | Osumi email seeking backup on $350k payment to Kaleidoscope (5/2/18) Usao_Itum_00000655-657 | 1/30/2024 | 1/30/2024 |
| 65 | Itum email to Benson asking him to pay the two $75k invoices (2/21/18) Usao_Itum_00000681-683 | 1/30/2024 | 1/30/2024 |
| 66 | JPMC Account x 8883 for Khalid Itum (mixed Bates) | 1/30/2024 | 1/30/2024 |
| 67 | JPMC Account x 2078 for Kaleidoscope Productions, LLC (mixed Bates) | 1/30/2024 | 1/30/2024 |
| 68 | Itum email (MoviePass email) to Annemarie Corey and Mitch Lowe transmitting an invoice for "Production Services" for $150,000. (2/26/18) Usao_Itum_00000613-614 | 1/30/2024 | 1/30/2024 |
| 69 | Lowe email to Friedmann and Farnsworth attaching Itum's employment contract. (2/9/19) Usao_Itum_00000615-618 | 1/30/2024 | 1/30/2024 |
| 70 | Benson approval email to Kolesnyk to pay invoice to JJ/LA (4/10/18) Usao_Itum_00000668-676 | 1/30/2024 | 1/30/2024 |
| 71 | Bill.com email to Benson stating that $150k payment to Itum will be outside of Bill.com (3/6/18) Usao_Itum_00000434 | 1/30/2024 | 1/30/2024 |
| 72 | Corey email to Lowe and Itum confirming wire of $150k to Kaleidoscope; Itum sends invoice for production services to Corey (2/26/18) Usao_Itum_00000607-609 | 1/30/2024 | 1/30/2024 |

5

| | | | |
|---|---|---|---|
| 80 | Itum email to Farnsworth with the amounts and places to send money (2/13/18) Usao_Itum_00000585 | 1/30/2024 | 1/30/2024 |
| 81 | Text to Farnsworth and Osumi asking to process payment to get "dude off my back" (2/20/18) Usao_Itum_00f000592-593 | 1/30/2024 | 1/30/2024 |
| 82 | Text to Farnsworth and Osumi saying that guy who he owes 150 "is killing me today. He is really annoyed with me" Asks if payment can get done that day (2/26/18) Usao_Itum_00000594 | 1/30/2024 | 1/30/2024 |
| 83 | Itum email (MoviePass email) to Farnsworth asking him to email DeBrino to let him know that he scheduled his payment. Tells Farnsworth that both DeBrino and Buttgenbach are expecting payments that week. (2/14/18) Usao_Itum_00000606 | 1/30/2024 | 1/30/2024 |
| 84 | Itum email(Gmail) complaining to Farnsworth about Buttgenbach asking for his money. (2/9/18) Usao_Itum_00000701 | 1/30/2024 | 1/30/2024 |
| 85 | Itum email to Farnsworth re Summary-Finance: Coachella, Tribeca, Cannes (4/19/18) Usao_Itum_00000714-717 | 1/30/2024 | 1/30/2024 |
| 96 | Stipulation of Authenticity | 1/30/2024 | 1/30/2024 |
| 97 | Stipulation of Bank Records | 1/30/2024 | 1/30/2024 |
| 98 | Stipulation of Wire Transfers | 1/30/2024 | 1/30/2024 |
| 110 | Photo (including Farnsworth and Itum) DOJ-PROD7-0000384060 | 1/30/2024 | 1/30/2024 |
| 111 | Photo (including Farnsworth and Itum) DOJ-PROD7-0000384061 | 1/30/2024 | 1/30/2024 |
| 112 | Photo (including Farnsworth and Itum) DOJ-PROD7-0000384057 | 1/30/2024 | 1/30/2024 |

| | | | |
|---|---|---|---|
| 113 | Photo (including Farnsworth and Itum) DOJ-PROD7-0000384059 | 1/30/2024 | 1/30/2024 |
| 114 | Photo (including Farnsworth and Itum) DOJ-PROD7-0000384058 | 1/30/2024 | 1/30/2024 |
| 115 | Summary Chart | 1-31-2024 | 1-31-2024 |
| DX-1 | Excerpts from agreed upon pages of J Mitchell Lowe's SEC Testimony, dated July 25, 2022. | 1/30/2024 | 1/30/2024 |
| DX-2 | DOJ-PROD14-0000000459-60 | 1/30/2024 | 1/30/2024 |
| DX-3 | DOJ-PROD14-0000000277-84, 86-89 | 1/30/2024 | 1/30/2024 |
| DX-4 | DOJ-PROD7-0000389529 | 1/30/2024 | 1/30/2024 |
| DX-5 | KI_EM_0000032363-5 | 1/30/2024 | 1/30/2024 |
| DX-6 | DOJ-PROD8-0000041616-20, 22-24 | 1/30/2024 | 1/30/2024 |
| DX-7 | KI_DOJ_00006377-84 | 1/30/2024 | 1/30/2024 |
| DX-8 | KI_DOJ_00006213-24 | 1/30/2024 | 1/30/2024 |
| DX-9 | KI_EM_0000032215-6 | 1/30/2024 | 1/30/2024 |
| DX-10 | Usao_Itum_00000596-605 | 1/30/2024 | 1/30/2024 |
| DX-11 | DOJ-PROD14-0000092001-2 | 1/30/2024 | 1/30/2024 |
| DX-12 | DX 12.mp4 | 1/30/2024 | 1/30/2024 |
| DX-13 | DX 13.mp4 | 1/30/2024 | 1/30/2024 |
| DX-14 | Chateau website excerpt | 1/30/2024 | 1/30/2024 |
| DX-15 | Chateau website excerpt | 1/30/2024 | 1/30/2024 |
| DX-16 | February 16, 2018, email from Khalid Itum to Brody DeBrino. | 1-30-24 | |
| DX-17 | Photographs taken by Julian Ross. | 1-31-24 | 1-31-24 |