UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
2/1/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: _____DTA_____ DEPUTY

Case No. __CR 23-00082-VAP__

Title: __US v. Itum__

JURY NOTE NUMBER __2__

__✓__   THE JURY HAS REACHED A UNANIMOUS VERDICT

_____   THE JURY REQUESTS THE FOLLOWING:

DATE: __2/1/24__   SIGNED: __[redacted]__
TIME: __4:10 PM__                FOREPERSON OF THE JURY