# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

***AMENDED as to Rule 29 Motion***

## CRIMINAL MINUTES - TRIAL

| | |
|---|---|
| Case No. | LA CR 23-00082-VAP |
| Date | February 1, 2024 |
| Present: The Honorable | VIRGINIA A. PHILLIPS |
| Interpreter | None |

| Daniel Tamayo | Miranda Algorria/Myra Ponce | David Pi, Mark Aveis |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Khalid Itum | ☒ | ☐ | ☒ | Adam Fee | ☒ | ☐ | ☒ |
| | | | | Ben Nicholson | ☒ | ☐ | ☒ |

___ Day **COURT TRIAL**     3rd Day **JURY TRIAL**     ___ Death Penalty Phase

___ One day trial;   ___ Begun (1st day);   ___ Held & continued;   ☒ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.

___ Opening statements made by _____

☒ Witnesses called, sworn and testified.

___ Exhibits identified     ___ Exhibits admitted

___ Government rests.   ☒ Defendant(s) Khalid Itum rest.

___ Motion for mistrial by _____ is ___ granted ___ denied ___ submitted

☒ Motion for judgment of acquittal (FRCrP 29) is ___ granted ☒ denied ___ submitted

☒ Closing arguments made   ☒ Court instructs jury   ☒ Bailiff sworn

☒ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

☒ Alternates excused   ☒ Jury retires to deliberate   ___ Jury resumes deliberations

___ Finding by Court as follows:

Dft # 1 ☒ found guilty on counts 1, 2     ☒ found not guilty on counts 3, 4
Dft # ___ found guilty on counts ___     found not guilty on counts ___
Dft # ___ found guilty on counts ___     found not guilty on counts ___
Dft # ___ found guilty on counts ___     found not guilty on counts ___
Dft # ___ found guilty on counts ___     found not guilty on counts ___

___ Jury polled   ☒ Polling waived

☒ Filed Witness & Exhibit lists   ☒ Filed Jury notes   ☒ Filed Jury Instructions   ☒ Filed Jury Verdict

☒ Dft # 1 Referred to Probation Office for Investigation & Report and continued to 4/29/24 at 9:00 a.m. for sentencing.

___ Dft # ___ remanded to custody.   ___ Remand/Release# ___ issd.   ___ Dft # ___ released from custody.

___ Bond exonerated as to Dft # _____

___ Case continued to _____ for further trial/further jury deliberation.

☒ Other: Defendant Khalod Itum shall remain on supervised release under the same terms and conditions previously imposed.

3 : 45

Initials of Deputy Clerk DT