**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF | 2:23-cr-00082-VAP-1 |
| v. | |
| Khalid Itum | **ORDER TRANSFERRING CRIMINAL ACTION** |
| DEFENDANT(S). | |

Pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges, IT IS HEREBY ORDERED that the above-entitled criminal action be transferred to the calendar of Judge __André Birotte Jr.__ for all further proceedings as to:

☑ all defendants

☐ only as to defendant(s): _____

March 4, 2024
Date

_/s/ Virginia A. Phillips_
United States District Judge

March 7, 2024
Date

_/s/ André Birotte Jr._
United States District Judge

**Notice to Counsel from Clerk**

On all documents subsequently filed in this case, please substitute the initials __AB__ after the case number, so that the case number will read __2:23-cr-00082-AB__. This is very important because documents are routed to the assigned judge by means of these initials.

cc: ☐ Previous Judge   ☐ Statistics Clerk

CR-71 (06/23)                ORDER TRANSFERRING CRIMINAL ACTION