```
1  DAVID SARRATT (SBN 332438)
   JOSH COHEN (SBN 217853)
2  BENJAMIN STOLLMAN (SBN 340544)
3  DEBEVOISE & PLIMPTON LLP
   650 California Street
4  San Francisco, CA 94108
   Telephone: (415) 738-5700
5  Facsimile: (415) 644-5628
   dsarratt@debevoise.com
6  jacohen@debevoise.com
7  bpstollman@debevoise.com

8  Attorneys for Defendant
   KHALID ITUM
9
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 23-00082-AB |
|---|---|
| v. | |
| KHALID ITUM, | STIPULATION REGARDING SENTENCING HEARING |
| Defendant. | |

WHEREAS, on September 10, 2024, pursuant to the Parties' stipulation, the Court continued Defendant's sentencing hearing to December 6, 2024. Dkt. 143.

WHEREAS, the Parties have met and conferred and agree that good cause exists to continue Defendant's sentencing hearing to February 28, 2025.

//

//

//

//

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, through their undersigned counsel, that:

1. Defendant's sentencing hearing shall be continued to February 28, 2025.

Dated: October 30, 2024             Respectfully submitted,

| UNITED STATES OF AMERICA | DEBEVOISE & PLIMPTON LLP |
|---|---|
| By: */s/ Daniel Weiner* <br> Daniel Weiner (SBN 329025) <br> daniel.weiner@usdoj.gov <br> Mark Aveis (SBN 107881) <br> mark.aveis@usdoj.gov <br> 312 North Spring Street <br> Los Angeles, CA 90012 <br> Tel: (213) 894-3659/0813 <br> Fax: (213) 894-6269 <br><br> *Attorneys for the United States* | By: */s/ David Sarratt* <br> David Sarratt (SBN 332438) <br> dsarratt@debevoise.com <br> Josh Cohen (SBN 217853) <br> jacohen@debevoise.com <br> Benjamin Stollman (SBN 340544) <br> bpstollman@debevoise.com <br> 650 California Street, Fl 31 <br> San Francisco, California 94108 <br> Tel: (415) 738-5700 <br> Fax: (415) 644-5628 <br><br> *Attorneys for Defendant Khalid Itum* |