**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 23-00082-AB |
| v. | |
| KHALID ITUM, | [PROPOSED] ORDER REGARDING SENTENCING HEARING |
| Defendant. | |

    The Court has read and considered the Stipulation Regarding Sentencing Hearing, filed by the parties in this matter on October 30, 2024.

    IT IS HEREBY ORDERED that the Defendant's Sentencing Hearing presently scheduled for December 6, 2024 shall be continued to _____, 2025, at 1:30 pm.

**IT IS SO ORDERED.**

Dated: _____

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE