UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 23-00082-AB |
| v. | |
| KHALID ITUM, | [~~PROPOSED~~] ORDER REGARDING SENTENCING HEARING |
| Defendant. | |

The Court has read and considered the Stipulation Regarding Sentencing Hearing, filed by the parties in this matter on February 11, 2025.

IT IS HEREBY ORDERED that the Defendant's Sentencing Hearing presently scheduled for February 28, 2025, shall be continued to **May 30, 2025, at 1:30 pm.**

**IT IS SO ORDERED.**

Dated: February 14, 2025

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE