DAVID SARRATT (SBN 332438)
JOSH COHEN (SBN 217853)
BENJAMIN STOLLMAN (SBN 340544)
DEBEVOISE & PLIMPTON LLP
650 California Street
San Francisco, CA 94108
Telephone: (415) 738-5700
Facsimile: (415) 644-5628
dsarratt@debevoise.com
jacohen@debevoise.com
bpstollman@debevoise.com

Attorneys for Defendant
KHALID ITUM

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 23-00082-AB |
| v. | STIPULATION REGARDING SENTENCING HEARING |
| KHALID ITUM, | |
| Defendant. | |

Defendant, Khalid Itum, by and through his counsel of record, David Sarratt, Benjamin Stollman, and Josh Cohen, and plaintiff, United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys David Y. Pi and Danny Weiner, hereby stipulate as follows:

1.    On February 17, 2023, the government filed an Indictment charging defendant with violations of 18 U.S.C. § 1343: Wire Fraud and 18 U.S.C. § 1957: Money Laundering. (Dkt. 1.)

2.     On February 1, 2024, defendant was found guilty on Counts 1 and 2 (Wire Fraud) and not guilty on Counts 3 and 4 (Money Laundering) of the Indictment.  (Dkt. 100.)

3.     On February 26, 2024, pursuant to the parties' stipulation, the Court continued defendant's sentencing hearing to May 13, 2024.  (Dkt. 110.)

4.     On March 28, 2024, defendant filed his Rule 29 Motion for Acquittal.  (Dkt. 124.)

5.     On April 10, 2024, pursuant to the parties' stipulation, the Court continued defendant's sentencing hearing to August 16, 2024.  (Dkt. 127.)

6.     On June 5, 2024, pursuant to the parties' stipulation, the Court continued defendant's sentencing hearing to October 11, 2024.  (Dkt. 133.)

7.     On August 23, 2024, the Court denied defendant's Rule 29 Motion for Acquittal. (Dkt. 141.)

8.     On September 10, pursuant to the parties' stipulation, the Court continued defendant's sentencing hearing to December 6, 2024.  (Dkt. 143.)

9.     On November 1, 2024, pursuant to the parties' stipulation, the Court continued defendant's sentencing hearing to February 28, 2025.  (Dkt. 145.)

10.    On February 14, 2025, pursuant to the parties' stipulation, the Court continued defendant's sentencing hearing to May 30, 2025.  (Dkt. 148.)

11.    The parties require additional time to confer on sentencing issues.  This is the parties' seventh request to continue defendant's sentencing hearing.

//

//

//

//

12.    The parties therefore agree to continue the sentencing hearing date to July 11, 2025.

Dated: May 8, 2025              Respectfully submitted,

UNITED STATES OF AMERICA                    DEBEVOISE & PLIMPTON LLP

By: /s/                                     By: /s/ David Sarratt
Daniel Weiner (SBN 329025)                  David Sarratt (SBN 332438)
  daniel.weiner@usdoj.gov                     dsarratt@debevoise.com
David Y. Pi (SBN 337432)                    Josh Cohen (SBN 217853)
  david.pi@usdoj.gov                          jacohen@debevoise.com
312 North Spring Street                     Benjamin Stollman (SBN 340544)
Los Angeles, CA 90012                         bpstollman@debevoise.com
Tel: (213) 894-3659/0813                    650 California Street, Fl 31
Fax: (213) 894-6269                         San Francisco, California 94108
                                            Tel: (415) 738-5700
*Attorneys for the United States*           Fax: (415) 644-5628

                                            *Attorneys for Defendant Khalid Itum*

-3-