DAVID SARRATT (SBN 332438)
JOSH COHEN (SBN 217853)
BENJAMIN STOLLMAN (SBN 340544)
DEBEVOISE & PLIMPTON LLP
650 California Street
San Francisco, CA 94108
Telephone: (415) 738-5700
Facsimile: (415) 644-5628
dsarratt@debevoise.com
jacohen@debevoise.com
bpstollman@debevoise.com

Attorneys for Defendant
KHALID ITUM

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 23-00082-AB |
| v. | STIPULATION REGARDING SENTENCING HEARING |
| KHALID ITUM, | |
| Defendant. | |

    Defendant, Khalid Itum, by and through his counsel of record, David Sarratt, Benjamin Stollman, and Josh Cohen, and plaintiff, United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys David Y. Pi and Danny Weiner, hereby stipulate as follows:

    1.    On February 17, 2023, the government filed an Indictment charging defendant with violations of 18 U.S.C. § 1343: Wire Fraud and 18 U.S.C. § 1957: Money Laundering. (Dkt. 1.)

2. On February 1, 2024, defendant was found guilty on Counts 1 and 2 (Wire Fraud) and not guilty on Counts 3 and 4 (Money Laundering) of the Indictment. (Dkt. 100.)

3. On February 26, 2024, pursuant to the parties' stipulation, the Court continued defendant's sentencing hearing to May 13, 2024. (Dkt. 110.)

4. On March 28, 2024, defendant filed his Rule 29 Motion for Acquittal. (Dkt. 124.)

5. On April 10, 2024, pursuant to the parties' stipulation, the Court continued defendant's sentencing hearing to August 16, 2024. (Dkt. 127.)

6. On June 5, 2024, pursuant to the parties' stipulation, the Court continued defendant's sentencing hearing to October 11, 2024. (Dkt. 133.)

7. On August 23, 2024, the Court denied defendant's Rule 29 Motion for Acquittal. (Dkt. 141.)

8. On September 10, pursuant to the parties' stipulation, the Court continued defendant's sentencing hearing to December 6, 2024. (Dkt. 143.)

9. On November 1, 2024, pursuant to the parties' stipulation, the Court continued defendant's sentencing hearing to February 28, 2025. (Dkt. 145.)

10. On February 14, 2025, pursuant to the parties' stipulation, the Court continued defendant's sentencing hearing to May 30, 2025. (Dkt. 148.)

11. On May 9, 2025, pursuant to the parties' stipulation, the Court continued defendant's sentencing hearing to July 11, 2025. (Dkt. 150.)

12. The parties respectfully request that the Court convert the sentencing hearing scheduled on July 11, 2025, to a status conference, during which the parties will provide the Court with an update regarding defendant's requests for post-conviction discovery.

| | |
|---|---|
| Dated: June 30, 2025 | Respectfully submitted, |
| UNITED STATES OF AMERICA | DEBEVOISE & PLIMPTON LLP |
| By: /s/<br>Daniel Weiner (SBN 329025)<br>  daniel.weiner@usdoj.gov<br>David Y. Pi (SBN 337432)<br>  david.pi@usdoj.gov<br>312 North Spring Street<br>Los Angeles, CA 90012<br>Tel: (213) 894-3659/0813<br>Fax: (213) 894-6269<br><br>*Attorneys for the United States* | By: */s/ David Sarratt*<br>David Sarratt (SBN 332438)<br>  dsarratt@debevoise.com<br>Josh Cohen (SBN 217853)<br>  jacohen@debevoise.com<br>Benjamin Stollman (SBN 340544)<br>  bpstollman@debevoise.com<br>650 California Street, Fl 31<br>San Francisco, California 94108<br>Tel: (415) 738-5700<br>Fax: (415) 644-5628<br><br>*Attorneys for Defendant Khalid Itum* |