## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No.: | 2:23-cr-00082-AB | Date: | July 11, 2025 |
|---|---|---|---|

| Present: The Honorable | ANDRÉ BIROTTE JR., United States District Judge |
|---|---|
| Interpreter | N/A |

| Evelyn Chun | Charles Rojas | David Y. Pi / Daniel H. Weiner |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Khalid Itum | √ | | | Benjamin P. Stollman | √ | | √ |
| | | | | William D. Sarratt | √ | | √ |

**Proceedings:**   **STATUS CONFERENCE** (Held and Completed)

The matter is called, and counsel make their appearances.

For reasons stated on the record, a Further Status Conference is set for November 14, 2025, at 1:30 p.m.

IT IS SO ORDERED.

CC: USPO, PSA

|  | : | 08 |
|---|---|---|
|  | Initials of Deputy Clerk | EVC |