DAVID SARRATT (SBN 332438)
JOSH COHEN (SBN 217853)
BENJAMIN STOLLMAN (SBN 340544)
DEBEVOISE & PLIMPTON LLP
650 California Street
San Francisco, CA 94108
Telephone: (415) 738-5700
Facsimile: (415) 644-5628
dsarratt@debevoise.com
jacohen@debevoise.com
bpstollman@debevoise.com

Attorneys for Defendant
KHALID ITUM

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 23-00082-AB |
| v. | STIPULATION REGARDING SENTENCING HEARING |
| KHALID ITUM, | |
| Defendant. | |

Defendant, Khalid Itum, by and through his counsel of record, David Sarratt, Benjamin Stollman, and Josh Cohen, and plaintiff, United States of America, by and through its counsel of record, Assistant United States Attorneys David Y. Pi and Danny Weiner, hereby stipulate as follows:

1. On February 1, 2024, following a jury trial, defendant was found guilty on Counts 1 and 2 (Wire Fraud) and not guilty on Counts 3 and 4 (Money Laundering) of the Indictment. (Dkt. 100.)

2. On August 23, 2024, the Court denied defendant's post-trial motion for an acquittal or, in the alternative, a new trial. (Dkt. 141.)

3. On July 11, 2025, the parties appeared and provided the Court with an update regarding the status and progress on defendant's requests for post-conviction discovery, and the Court set a further status conference for November 14, 2025. (Dkt. 153.)

4. The parties met and conferred on November 10, 2025. Counsel for defendant stated that the defense requires additional time to prepare for defendant's sentencing hearing. Counsel further stated that with continued cooperation from the government's filter team they would be able to conclude any outstanding research to support defendant's sentencing position and be ready for defendant's sentencing hearing by February 20, 2026. The government did not object to defendant's request for a final continuance of the sentencing hearing, absent extenuating circumstances.

5. Absent unforeseen extenuating circumstances, this will be the parties' final request for a continuance of defendant's sentencing hearing.

6. The parties therefore respectfully request that the Court adjourn the November 14, 2025, status conference and set defendant's sentencing hearing for February 20, 2026.

Dated: November 12, 2025            Respectfully submitted,

| UNITED STATES OF AMERICA | DEBEVOISE & PLIMPTON LLP |
|---|---|
| By: /s/<br>Daniel Weiner (SBN 329025)<br>  daniel.weiner@usdoj.gov<br>David Y. Pi (SBN 337432)<br>  david.pi@usdoj.gov<br>312 North Spring Street<br>Los Angeles, CA 90012<br>Tel: (213) 894-3659/0813<br>Fax: (213) 894-6269<br><br>*Attorneys for the United States* | By: /s/ David Sarratt<br>David Sarratt (SBN 332438)<br>  dsarratt@debevoise.com<br>Josh Cohen (SBN 217853)<br>  jacohen@debevoise.com<br>Benjamin Stollman (SBN 340544)<br>  bpstollman@debevoise.com<br>650 California Street, Fl 31<br>San Francisco, California 94108<br>Tel: (415) 738-5700<br>Fax: (415) 644-5628<br><br>*Attorneys for Defendant Khalid Itum* |