# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           v.<br><br>KHALID ITUM,<br><br>                              Defendant. | Case No. CR 23-00082-AB<br><br>[~~PROPOSED~~] ORDER REGARDING SENTENCING HEARING |

The Court has read and considered the Stipulation Regarding Sentencing Hearing, filed by the parties in this matter on November 12, 2025.

IT IS HEREBY ORDERED that the status conference scheduled for November 14, 2025 is VACATED.

IT IS FURTHER ORDERED that Defendant's sentencing hearing shall be scheduled for February 20, 2026, at 1:30 pm.

**IT IS SO ORDERED.**

Dated: November 13, 2025

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE