1  DAVID SARRATT (SBN 332438)
2  JOSH COHEN (SBN 217853)
   DEBEVOISE & PLIMPTON LLP
3  650 California Street
   San Francisco, CA 94108
4  Telephone: (415) 738-5700
   Facsimile: (415) 644-5628
5  dsarratt@debevoise.com
6  jacohen@debevoise.com

7  Attorneys for Defendant
   KHALID ITUM
8

9                UNITED STATES DISTRICT COURT
10               CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 23-00082-AB |
|---|---|
| Plaintiff, | |
| v. | **EX PARTE APPLICATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING** |
| KHALID ITUM, | CURRENT SENTENCING DATE: February 20, 2026 |
| Defendant. | TIME: 1:30 p.m.  LOCATION: Courtroom 7B  JUDGE: Hon. André Birotte Jr. |
| | PROPOSED SENTENCING DATE: March 13, 2026 |

1  Defendant Khalid Itum, by and through his attorneys of record, hereby
2  applies to this Honorable Court for an order continuing the sentencing date in this
3  matter to March 13, 2026.  This application is based on the attached Memorandum
4  of Points and Authorities, the filings and records in this case, the concurrently filed
5  Declaration of David Sarratt, and such evidence and argument as may be presented.
6  This motion is made following the conference of counsel pursuant to L.R. 7-3
7  which took place on January 30, 2026.  The government consents to the *ex parte*
8  nature of this application but objects to the requested relief and will file a statement
9  in response by February 6, 2026.

Dated:  February 2, 2026                    Respectfully submitted,

DEBEVOISE & PLIMPTON LLP

By: */s/ David Sarratt*
David Sarratt
Josh Cohen

*Attorneys for Defendant Khalid Itum*

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. INTRODUCTION

Mr. Itum's *ex parte* application is based on the recent death of his uncle in Jordan. Pursuant to her religious tradition, Mr. Itum's Jordanian-based mother is unable to travel to the United States for his sentencing hearing until forty days after the uncle's passing. Mr. Itum respectfully requests a short, three-week continuance of his sentencing hearing currently scheduled for February 20, 2026 to allow for his mother to attend the hearing.

## II. LEGAL STANDARD

When considering a request for a continuance, a district court analyzes four factors: *first*, a defendant's diligence in seeking the continuance; *second*, whether the purpose of the continuance will be achieved if it is granted; *third*, the extent to which the granting of the continuance will inconvenience the court and the opposing party; and *fourth*, whether the movant will be prejudiced by the denial of the continuance. *See U.S. v. Kloehn*, 620 F.3d 1122, 1126 (9th Cir. 2010) (citing *U.S. v. Flynt*, 756 F.2d 1352, 1359 (9th Cir. 1985)).

## III. ARGUMENT

All four factors counsel continuing Mr. Itum's sentencing. *First*, Mr. Itum has been diligent in his efforts. As detailed in the attached Declaration of David Sarratt, following Mr. Itum's uncle's passing on January 28, 2026, Mr. Itum contacted the government on January 29, 2026 and conferred further with the government on January 30, 2026 regarding the timing of Mr. Itum's sentencing hearing. Sarratt Decl. ¶ 5. Mr. Itum provided the government with documentation regarding Mr. Itum's mother's current visa to the United States and her travel plans from Jordan to the United States. Sarratt Decl. ¶ 6. The government informed counsel that it consented to Mr. Itum filing an *ex parte* application but that it objected to the requested relief and that it would file a statement in response to the

1  application by February 6, 2026. Accordingly, Mr. Itum filed this *ex parte*
2  application.
3      *Second*, the purpose of the continuance will be met if it is granted, as it will
4  allow Mr. Itum's mother the time to mourn the death of his uncle in Jordan
5  pursuant to her religious tradition and then travel to the United States and be
6  present at Mr. Itum's sentencing hearing.
7      *Third*, there will be minimal inconvenience to the government and the Court
8  if the continuance is granted. By continuing Mr. Itum's sentencing by just three
9  weeks, the Court can ensure that Mr. Itum's mother has time to mourn his uncle
10 and travel from Jordan to attend Mr. Itum's sentencing hearing.
11     *Fourth*, and finally, Mr. Itum is likely to suffer prejudice if this continuance
12 is denied. Because Mr. Itum would be denied the support of his mother at
13 sentencing, the Court should grant the requested continuance.

## IV.   CONCLUSION

For the foregoing reasons, Mr. Itum respectfully requests the Court grant his application and continue sentencing to March 13, 2026.

Dated: February 2, 2026          Respectfully submitted,

DEBEVOISE & PLIMPTON LLP

By: /s/ *David Sarratt*
David Sarratt (SBN 332438)
   dsarratt@debevoise.com
Josh Cohen (SBN 217853)
   jacohen@debevoise.com
650 California Street, Fl 31
San Francisco, California 94108
Tel.: (415) 738-5700
Fax: (415) 644-5628

Attorneys for Defendant Khalid Itum