UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>KHALID ITUM,<br><br>Defendant. | Case No. CR 23-00082-AB<br><br>[~~PROPOSED~~] ORDER GRANTING EX PARTE APPLICATION TO CONTINUE SENTENCING HEARING |

The Court has read and considered the *Ex Parte* Application to Continue Sentencing, filed by Defendant Itum in this matter on February 2, 2026.

IT IS HEREBY ORDERED that the Defendant's Sentencing Hearing presently scheduled for February 20, 2026, shall be continued to March 5, 2026, at 1:30 pm.

**IT IS SO ORDERED.**

Dated: February 9, 2026

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

-1-

ORDER GRANTING EX PARTE APPLICATION TO CONTINUE SENTENCING
CASE NO. CR 23-00082-AB