DECLARATION OF DAVID Y. PI

I, David Y. Pi, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I am an attorney assigned to the case United States v. Khalid Itum, No. 2:23-CR-82-AB.

2. Attached hereto as Exhibit A is a true and correct copy of defendant Khalid Itum's October 12, 2017 employment contract with MoviePass, a subsidiary of Helios and Matheson Analytics.

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on March 3, 2026.

          /s/
DAVID Y. PI