UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - SENTENCING

| | |
|---|---|
| Case No.: 2:23-cr-00082-AB | Date: March 5, 2026 |

| | |
|---|---|
| Present: The Honorable | ANDRÉ BIROTTE JR., United States District Judge |
| Interpreter: | N/A |

| Evelyn Chun | Valerie Salva | David Y. Pi |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Khalid Itum | √ | | √ | Alyssa D. Bell, Rtnd.<br>William David Sarratt, Rtnd. | √ | | √ |

**Proceedings:** **SENTENCING (Non-Evidentiary) (HELD AND COMPLETED)**

Refer to separate Judgment Order.

Defendant informed of right to appeal.

Bond will be exonerated upon reporting to supervision.

cc: USPPO

|  |  |
|---|---|
|  | 2 : 06 |
| Initials of Deputy Clerk | EVC |