Alyssa D. Bell (Bar No. 287751)
abell@cohen-williams.com
**COHEN WILLIAMS LLP**
724 South Spring Street, 9th Floor
Los Angeles, CA 90014
Telephone: (213) 232-5160
Facsimile: (213) 232-5167

Attorneys for Defendant,
Khalid Itum

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00082-AB |
|---|---|
| Plaintiff, | **DEFENDANT KHALID ITUM'S *EX PARTE* APPLICATION RE: RETURN OF PASSPORT** |
| v. | |
| KHALID ITUM, | *Filed concurrently with [Proposed] Order* |
| Defendant. | |

1 | Defendant Khalid Itum, by and through his counsel of record, Alyssa D. Bell, hereby
2 | applies *ex parte* to this Court for an order that Pretrial Services release the passport of
3 | Khalid Itum.  Mr. Itum has been sentenced and his bond has been exonerated.  Pretrial
4 | Services has informed counsel for Mr. Itum that it cannot retain custody of Mr. Itums's
5 | passport, but that a Court Order is required to release it.

6 | This application is based on the attached declaration of counsel, all files and records
7 | in this case, and such further information as may be provided to the Court with respect to
8 | this application.

9 | The government takes no position on the relief sought by way of this application.
10 | Pretrial Services does not oppose relief.

Dated:  March 11, 2026

Respectfully submitted,

**COHEN WILLIAMS LLP**

By:     */s/ Alyssa D. Bell*
         Alyssa D. Bell
         Attorneys for Defendant Khalid Itum

# DECLARATION OF ALYSSA D. BELL

I, Alyssa D. Bell, hereby declare as follows:

1. I am over the age of eighteen and am an attorney duly licensed to practice law in the State of California. I am a partner with Cohen Williams LLP and an attorney of record for Defendant Kahlid Itum in the above-captioned action.

2. I make this declaration in support of Defendant's *Ex Parte* Application for Return of Passport. This declaration is based upon my personal knowledge and based on the files and records in this case. If called upon to testify as to the matters set forth in this declaration, I could and would do so.

3. On February 22, 2023, Magistrate Judge Pedro V. Castillo entered a Bond Order in this case. (ECF No. 13.) In compliance with the Bond Order, Mr. Itum surrendered his passport to Pretrial Services and submitted his Declaration Re: Passport. (ECF No. 9.) Pretrial Services subsequently filed a receipt indicating it had received Mr. Itum's Passport on February 21, 2023. (ECF No. 12).

4. On March 5, 2026, Mr. Itum was sentenced in this matter.

5. On March 10, 2026, I received an email from Mr. Itum's Pretrial Services Officer, Annita Navarro. Ms. Navarro informed me that Pretrial Services cannot retain Mr. Itum's passport, but requires a Court Order to release it. Ms. Navarro further informed me that, should the Court decline to order the release of Mr. Itum's passport, Pretrial Services will send it to the Department of State and/or Immigration Enforcement Office.

6. On March 11, 2026, I spoke by telephone to Assistant United States Attorneys David Y. Pi, who informed me that the government takes no position on the release of Mr. Itum's passport.

7. Pretrial Services likewise has indicated no opposition to the release of Mr. Itum's passport.

///
///

1     I declare under penalty of perjury under the laws of the United States of America that
2 the foregoing is true and correct.
3     Executed this 11th day of March, 2026, at Los Angeles, California

                                    */s/ Alyssa D. Bell*
                                    Alyssa D. Bell